# UNITED STATES BANKRUPTCY COURT
## *Western District of Texas*
**8515 Lockheed**
**El Paso, Texas 79925**

*GEORGE D. PRENTICE II*     *(915) 779–7362*
*CLERK OF COURT*

DATE:    April 26, 2011

J. Todd Southern
5601 Montana Ste. A
El Paso, TX 79925

RE:    Declaration for Electronic Filing
            Bankruptcy Case No.:    **11–30638–hcm**
            Case Style:    Blas Compean and Lucy Wright Compean

Dear    Mr. Southern :

     The original signed Declaration for Electronic Filing, due on 04/11/11 has not been received by the Clerk's Office for the filing of:

*1* – Voluntary Petition under Chapter 13 Without Schedules, Without Statements, ( Filing Fee: $ 0.00 ) Filed By Blas Compean, Lucy Compean. –Declaration for Electronic Filing due by 04/11/2011 (Southern, J.)

Please submit the original Declaration for Electronic Filing immediately. If the Declaration of Electronic Filing is not received by **May 10, 2011**, as to any original petition, matrix, statement and schedules, this case will be dismissed by the court and that, as to any amended petition, statement, schedule or matrix, the amendment(s) will be stricken by the Court.

                                          George D. Prentice II
                                          Clerk, U. S. Bankruptcy Court

                                          BY: Christy L. Carouth

cc: Debtor(s), Trustee

**903 San Jacinto, Suite 322**    **U.S. Post Office Annex**    **U.S. Post Office and Courthouse**    **800 Franklin Avenue, Suite 140**
**Austin, Texas 78701**    **100 E. Wall Street, Room P–163**    **Hipolito F. Garcia Federal Bldg**    **Waco, Texas 76701**
**(512) 916–5237**    **Midland, Texas 79701**    **and U.S. Courthouse**    **(254) 750–1513**
   **(432) 683–1650**    **615 E. Houston Street, Suite 137**
      **San Antonio, Texas 78205**
      **(210) 472–6720**

[Declaration Due Letter] [LtrDclrdu]

```
                       United States Bankruptcy Court
                         Western District of Texas
In re:                                                   Case No. 11-30638-hcm
Blas Compean                                             Chapter 13
Lucy Wright Compean
         Debtors
                           CERTIFICATE OF NOTICE
District/off: 0542-3      User: carouthc       Page 1 of 1       Date Rcvd: Apr 26, 2011
                          Form ID: 234         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2011.
db/db         Blas Compean, Jr.,   Lucy Wright Compean,   13473 Emerald Falls,   El Paso, TX  79928

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 28, 2011**          **Signature:** _Joseph Speetjens_